IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE CARTER<br><br>       Plaintiff,<br><br>v.<br><br>THE DEVEREUX FOUNDATION d/b/a DEVEREUX ADVANCED BEHAVIORAL HEALTH – PA CIDDS<br><br>       Defendant. | Civil Action No. 2:21-CV-04437 |

## ORDER

**AND NOW**, this 24th day of January, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response (ECF No. 20), and Defendant's Reply (ECF No. 23), along with supplemental letter briefs filed by the parties after oral argument, it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**