# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1348

Kyle Carter v. The Devereux Foundation

(U.S. District Court No.: 2-21-cv-04437)

**ORDER**

    It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 07, 2024
AMR/cc: David M. Koller, Esq.
Jordan D. Santo, Esq.
Thomas A. Specht, Esq.
Mr. George V. Wylesol

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate